dismissed without costs upon stipulation. Present—Smith, J.P., Lindley, DeJoseph, NeMoyer and Troutman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER YOUNG, Appellant. (Appeal No. 1.) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER YOUNG, Appellant. (Appeal No. 2.) [54 NYS3d 915]—Motion for writ of error coram nobis denied. Present—Whalen, P.J., Centra, Carni, Lindley and Scudder, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTONIO D. RUTLEDGE, Appellant. [54 NYS3d 894]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Peradotto, Lindley, Troutman and Scudder, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM M. DEAN, Appellant. [54 NYS3d 894]—Motion for writ of error coram nobis denied. Present—Whalen, P.J., Smith, Carni, Troutman and Scudder, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERRANCE B. HINES, Appellant. [54 NYS3d 894]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Carni, Lindley, DeJoseph and Scudder, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN V. BYNG, Appellant. (Appeal No. 1.) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN V. BYNG, Appellant. (Appeal No. 2.) [54 NYS3d 894]—Motion for reargument denied. Present—Peradotto, J.P., Lindley, DeJoseph, NeMoyer and Troutman, JJ.

■ ANITA A. VITULLO, Respondent, v NEW YORK CENTRAL MUTUAL FIRE INSURANCE COMPANY, Appellant. (Appeal No. 1.) [54 NYS3d 895]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Carni, J.P., Lindley, DeJoseph, Troutman and Scudder, JJ.

■ In the Matter of the Judicial Settlement of the Intermediate Account of HSBC BANK USA, N.A., as Trustee of the Trust under Agreement Dated January 21, 1957, SEYMOUR H. KNOX, Grantor, for the Benefit of the Issue of SEYMOUR H. KNOX, III, for the Period January 21, 1957, to November 3, 2005. (Proceeding No. 1.) In the Matter of the Judicial Settlement of the Account of HSBC BANK USA, N.A., as Trustee of the Trust under Agreement Dated January 21, 1957, SEYMOUR H. KNOX, Grantor, for the Benefit of the Issue of SEYMOUR H. KNOX, III, for the Period November 4, 2005, to June 25, 2012. (Proceeding

No. 2.) In the Matter of the Judicial Settlement of the Account of W.A. READ KNOX, Successor Trustee, JEAN R. KNOX and HSBC BANK USA, N.A., as Trustees of the Trust under Article Third of the Will of SEYMOUR H. KNOX, III, Deceased, for the Period July 16, 1998, to November 3, 2005. (Proceeding No. 3.) In the Matter of the Judicial Settlement of the Account of W.A. READ KNOX, Successor Trustee, JEAN R. KNOX and HSBC BANK USA, N.A., as Trustees of the Trust under Article Third of the Will of SEYMOUR H. KNOX, III, Deceased, for the Period November 4, 2005, to September 4, 2012. (Proceeding No. 4.) In the Matter of the Judicial Settlement of the Intermediate Account of W.A. READ KNOX, Successor Trustee, JEAN R. KNOX and HSBC BANK USA, N.A., as Trustees of the Trust under Article Seventh of the Will of SEYMOUR H. KNOX, III, Deceased, for the Benefit of JEAN R. KNOX (Marital Trust) for the Period June 3, 1996, to November 3, 2005. (Proceeding No. 5.) In the Matter of the Judicial Settlement of the Account of W.A. READ KNOX, Successor Trustee, JEAN R. KNOX and HSBC BANK USA, N.A., as Trustees of the Trust under Article Seventh of the Will of SEYMOUR H. KNOX, III, Deceased, for the Benefit of JEAN R. KNOX (Marital Trust) for the Period November 4, 2005, to January 31, 2013. (Proceeding No. 6.) HSBC BANK USA, N.A., Appellant; W.A. READ KNOX et al., Respondents. (Appeal No. 1.) [54 NYS3d 911]—Motion for reargument denied. Present—Carni, J.P., Lindley, DeJoseph, Troutman and Scudder, JJ.

■ ANITA A. VITULLO, Appellant, v NEW YORK CENTRAL MUTUAL FIRE INSURANCE COMPANY, Respondent. (Appeal No. 2.) [54 NYS3d 895]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Carni, J.P., Lindley, DeJoseph, Troutman and Scudder, JJ.

■ In the Matter of the Judicial Settlement of the Intermediate Accounts of HSBC BANK USA, N.A., as Trustee of the Trust under Agreement Dated January 21, 1957, SEYMOUR H. KNOX, Grantor, for the Benefit of the Issue of SEYMOUR H. KNOX, III, for the Period January 21, 1957, to November 3, 2005, and November 4, 2005, to June 25, 2012. HSBC BANK USA N.A., Appellant, v SEYMOUR H. KNOX, IV, et al., Respondents. (Appeal No. 2.) [54 NYS3d 895]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Carni, J.P., Lindley, DeJoseph, Troutman and Scudder, JJ.

■ In the Matter of KAMALA D. HARRIS, Attorney General of State of California, Respondent, v SENECA PROMOTIONS, INC., Respondent. NATIVE WHOLESALE SUPPLY COMPANY, Appellant. [54 NYS3d 912]—Motion for reargument or leave to appeal to the